**Lisa K. MEYERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98191.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 4, 2012.

Amy M. Bartholow, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Lisa Meyers (Movant) appeals the motion court's denial of her Rule 24.035 motion for post-conviction relief following an evidentiary hearing. We affirm.

In her sole point on appeal, Movant alleges the motion court clearly erred in denying her Rule 24.035 motion for post-conviction relief. She contends that plea counsel was ineffective for failing to call a mental health expert to present testimony regarding Movant's history of mental illness at sentencing as such evidence would have had a mitigating effect on the punishment assessed by the court. We find no error and affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).